

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-19-00198-CR

## IN RE JARVIS DYWANE TYSON

_____

## Original Proceeding

---

## MEMORANDUM OPINION

---

Jarvis Dywane Tyson's Petition for Writ of Mandamus, filed on June 13, 2019, is

denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Petition denied
Opinion delivered and filed June 26, 2019
Do not publish
[OT06]

